

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| **In Re:** | * |
| **Lynnhill Condominium,** | *   Case No.   05-38059PM |
| | *   Chapter   11 |
| | * |
| | * |
| **Debtor(s)** | * |

## MEMORANDUM OF DECISION

This bankruptcy case under chapter 11 came before the court on an Application to Approve Employment of Management Company, seeking to employ Calvin Brown and Brownstone Property Management, LLC, misidentified in the application as Brown Property Management, LLC, to manage the Condominium Association. The court scheduled the matter for hearing out of concern for the fact that Calvin Brown and his firm of C. Brown & Associates, LLC also acts as accountants for the debtor. This presents a situation that is ordinarily unwholesome because it would appear that as an accountant he would be probing the accuracy of his own work as the management agent. In the course of the hearing, the court was assured by the attorney for Lynnhill Condominium Association that this matter was fully discussed with the Office of the United States Trustee and the United States Trustee approves the dual capacity of Mr. Brown.

However, in reviewing the corporate records of the Maryland Department of Assessments and Taxation, it appears that the corporate charters of both Brownstone Property Management, LLC and C. Brown & Associates have been forfeited.

The court will sign an order approving the employment of the management company upon presentation of a statement of good standing from the Maryland Department of Assessments and Taxation.

cc:   John Douglas Burns:  burnslaw@algxmail.com, dlinnanchrisman@yahoo.com
      Lynn A. Kohen:  lynn.a.kohen@usdoj.gov
      C. Brown & Assoc., LLC, 4301 Garden City Dr., Ste. 200, Landover, MD 20785
      Lynnhill Condominium, 3103 Good Hope Avenue, Temple Hills, MD 20748-1148

**End of Memorandum Decision**