Date signed September 02, 2008



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No. 05-38059PM |
|---|---|
| **Lynnhill Condominium,** | Chapter 11 |
| Debtor. | |

### MEMORANDUM TO SPECIAL COUNSEL

Upon review of the Special Counsel to Debtor's Fourth Application for Compensation and for Reimbursement of Expenses (Dkt. No. 356), the court advises that it will defer ruling on the Application in the absence of service upon the Official Committee of Equity Holders/Owners (Dkt. No. 350) and its attorney, if there be one.

cc:  John D. Burns, Esquire
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland 20770

Office of the United States Trustee
6305 Ivy Lane; Suite 600
Greenbelt, MD 20770

Craig B. Zaller
Nagle & Zaller, P.C.
7226 Lee DeForest Drive
Suite 102
Columbia, MD 21046

Judy Span
3107 Good Hope Avenue
Unit 411
Temple Hills, MD 20748

George Kilbinger
3103 Good Hope Avenue
Unit 211
Temple Hills, MD 20748

Barbara Taha
106 Balmoral Drive West
Oxon Hill, MD 20745

Ron Hamad
8301 Private Lane
Annendale, VA 22003

John Robinson
PO Box 2805
Arlington, VA 22202

**End of Memorandum**