Date signed November 17, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE: :
:
LYNNHILL CONDOMINIUM    :    Case No. 05-38059PM
    ASSOCIATION    :    Chapter 11
:
        Debtor    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:

**MEMORANDUM OF DECISION**

      Before the court is the First and Final Application filed by Debtor for compensation of Rogal Real Estate, Inc., and Stuart Rogal ("Rogal") in the sum of $49,120.18. for services rendered to the Debtor for the period July 10, 2006, through May 31, 2007 (D.E. #436).  The Applicant also seeks reimbursement of out-of-pocket expenses.

      Following the entry of an Order denying the Application of the Debtor to employ Brown Property Management LLC as management consultant, Debtor filed an Application on June 7, 2006, to employ Stuart Rogal and Rogal Real Estate, Inc., as its management company.  That Application was unsatisfactory in all respects and denied by the court without a hearing.  An Amended Application was filed on June 14, 2006, that was approved by Order entered July 10, 2006.  Rogal undertook its task following the entry of the Order and served until its termination for cause on February 26, 2007, as shown in the record by the Line Striking Appearance filed March 9, 2007 (D.E. #207).  This action was followed by Debtor's Application to hire a successor management firm.

      Under the terms of the Application to employ Rogal that was approved by the court,

Rogal was to be compensated at a flat monthly rate of $5,600.00, plus a set-up fee of $2,500.00, together with expenses. The description of Rogal's termination for cause appears as an Appendix to the Objection to this Application filed by the Official Committee of Equity Holders ("Official Committee") on June 1, 2009 (D.E. #448). There also appears of record, as an exhibit to the Application for Compensation, a Letter Agreement dated May 31, 2007, providing for an additional $5,000.00 payment to Rogal that is a nullity, neither having been approved by the court nor notice having been given to either the Official Committee or the unsecured creditors. Moreover, as pointed out in the opposition filed by the Official Committee, substantial expenses were incurred by the estate in order to retrieve records from Rogal.

The United States Trustee's opposition points out numerous issues, beginning with the simplest being that of an overcharge for copying fees. An entry of compensation of $2,947.34 for a Carmen Lopez is unauthorized by the retainer agreement. A charge of $2,340.00 for attending bankruptcy court hearings is clearly subsumed within the management fee and non-compensable.

After considering all the relevant factors, including the 12-factor *Johnson* test, made applicable to bankruptcy cases in this district by *Barber v. Kimbrell's, Inc.*, 577 F.2d 216, 226 n.28 (CA4 1978), the court finds that there should be a significant diminution in allowance of compensation, particularly because of the lack of benefit to the estate and the fact that additional work was required by the other professionals in the estate on account of Rogal's dereliction.

The court will allow compensation of $39,500.00 for all services rendered, together with full reimbursement of the out-of-pocket expenses claimed, subject to the slight reduction in the photocopying fee. Counsel for the office of the United States Trustee is requested to prepare an appropriate order in accordance with this opinion and serve copies of the order on all interested parties.

cc:
John D. Burns, Esq., 6303 Ivy Lane, Suite 102, Greenbelt, MD 20770
Office of the United States Trustee, 6305 Ivy Lane; Suite 600, Greenbelt, MD 20770
Lou Winarsky, Esq., Washington Gas/Bankruptcy Department, 6801 Industrial Road,
   Room 353, Springfield, VA  22151
Renee E. Suglia, Esq., PEPCO Holdings, Inc., 800 North King Street, Wilmington, DE  19801
Heather Ashbury, Esq.,  WSSC , 14501 Sweitzer Lane, Laurel, MD 20707
Stuart Rogal, President Rogal Real Estate, Inc., 4425 Forbes Blvd # A Lanham, MD 20706

Official Committee of Equity Holders:

Judy Span, 3107 Good Hope Avenue, Unit 411, Temple Hills, MD  20748
George Kilbinger, 3103 Good Hope Avenue, Unit 211, Temple Hills, MD 20748
Barbara Taha, 106 Balmoral Drive, West Oxon Hill, MD  20745
Ron Hamad, 8301 Private Lane Annandale, VA  22003
John Robinson, POB 2805, Arlington, VA  22202
Stanton Levinson, Esq., 2730 University Boulevard West, Suite 201, Silver Spring, MD  20902

**End of Memorandum**